

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Christian Sauder v. The State of Texas

Appellate case number:    01-19-00239-CR

Trial court case number:   16-CCR-187341

Trial court:                      County Court at Law No. 1 of Fort Bend County

Appellant, Christian Sauder, has filed his second motion to extend time. Appellant's motion explains that appellant retained counsel three days before his briefing deadline and requests a 45-day extension. Appellant's explanation is reasonable. *See* TEX. R. APP. P. 10.5(b).

Accordingly, the Court **grants** appellant's motion. Appellant's brief is due January 16, 2020. No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature:    _/s/  Evelyn V. Keyes_____
                 ☑ Acting individually    ☐ Acting for the Court

Date:  ___December 5, 2019___